No. 462. R. L. BENNETT & SONS *v.* FARMERS SEED & GIN COMPANY OF PARIS, INC. October 15, 1923. Peti-

tion for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John M. Spellman* for petitioner. *Mr. Tom L. Beauchamp* for respondent.